affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MANUFACTURERS TRUST COMPANY and Another, as Administrators, etc., of SAMUEL KRAUS, Deceased, Respondents, v. GEORGE M. PYNCHON and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Application of BERSON SYDEMAN Co., INC., Appellant, for an Order Directing an Arbitration to Proceed, etc., between BERSON SYDEMAN Co., INC. and FAIRFAX TEXTILE MILLS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

TIFFANY & COMPANY, Appellant, v. LEO F. FARRELL, Respondent, and Another, Defendant, as Surviving Executors, etc., of EDITH EVELYN HANAN, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

DOROTHY WETTERAUER, Respondent, v. ARTHUR W. TEELE, Appellant.— Order modified as directed in order, and as so modified affirmed, with ten dollars costs and disbursements to the appellant, with leave to plaintiff, if so advised, to move at Special Term to set up the alleged injury to the skull in the amended complaint, on compliance with the terms imposed by the order. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

SOLOMON ZLOTOLOW, Respondent, v. SAMUEL KEISER and Another, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

LUXOR CAB MANUFACTURING CORPORATION, Appellant, v. HARVARD AUTO BODY Co., INC., and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, on the authority of *Black & White & Town Taxis, Inc., v. Aronson* (184 App. Div. 894); *Black & White & Town Taxis, Inc., v. Minezeles* (186 id. 950). Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

GEORGE B. HARDIE and Another, Respondents, v. MANHATTAN MORTGAGE AND DEVELOPING CORPORATION and Others, Appellants, Impleaded with Others. HENRY W. PINNER, Intervenor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

DIXIE LEONARD, Respondent, v. ROBERT JOHNS BULKLEY and Another, Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

DAVID H. PROSNITZ, Appellant, v. HENRY DECKER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

LOUISE W. MILLER, Respondent, v. FRED E. MOMMER and Others, Appellants, Impleaded with EDWARD E. BLACK and Others, Respondents, and Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

LOUISE W. MILLER, Respondent, v. FRED E. MOMMER and Others, Appellants,